# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.                                                      Case No. 6:07-cr-107-Orl-28GJK

**LOANA CORTIJO**

| | | | |
|---|---|---|---|
| **JUDGE:** | John Antoon II | **COUNSEL FOR GOVT:** | Bruce S. Ambrose |
| **DEPUTY CLERK:** | Darleen Darley | **COUNSEL FOR DEFT(S):** | Andrew J. Chmelir |
| **COURT REPORTER:** | Anthony Rolland | **PRETRIAL/PROBATION:** | Mark Jacoby |
| **DATE/TIME:** | February 1, 2008 9:00-9:25 a.m. | **INTERPRETER:** | Vanessa Wangenknecht/Spanish |

## CLERK'S MINUTES ON CRIMINAL SENTENCING

Defendant is adjudged guilty on Count One of the First Superseding Information.

Motion for Court to recognize defendant's substantial assistance (Doc. No. 826)   Granted.

IMPRISONMENT:   One year and One day.

Court Recommends:   That the defendant be incarcerated at FCI Coleman, Florida.

Supervised Release:   2 Years.

MANDATORY DRUG TESTING requirements are: Imposed.

Special Conditions of Supervised Release are:

    Community Service Program:   Perform 100 hours in lieu of paying a fine.

    Other:   Cooperate in the collection of DNA, as directed by the probation officer.

Fine and costs of imprisonment/supervision:   Waived.

Special Assessment:   $100.00.

DISMISSED COUNTS:   One of the original indictment on the motion of U.S. Attorney.

Defendant shall surrender to designated institution on or before 2:00 p.m., Friday, February 27, 2008.

Additional remarks:   Defendant is advised of right to appeal.